IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HUMAN RESOURCES TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF THE AIR FORCE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:16-cv-00590 <br> (AJT/MSN) |

## ORDER

On April 7, 2017, the Court received a Joint Status Report filed by Defendant in which the parties have represented to the Court that they are in the process of conferring regarding Plaintiff's outstanding document production requests and that they anticipating "being able to fully resolve most, if not all, of the remaining issues . . . without the need for this Court's intervention." [Doc. No. 19 at 2.] Upon consideration of the Joint Status Report, it is hereby

ORDERED that the parties jointly file a status report and proposed briefing schedule, if necessary, no later than April 28, 2017.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
April 10, 2017